UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CRAIG FRANKLIN,

                 Plaintiff,

-against-

STEPHEN WATERS, COMPASS ADVISERS
GROUP LLC, COMPASS PARTNERS
ADVISORS, LLP, COMPASS PARTNERS
INTERNATIONAL, LLP, and COMPASS
PARTNERS INTERNATIONAL II, LLP,

                 Defendants.
------------------------------------------------------------ X

**ORDER REGULATING PROCEEDINGS**

16-cv-9819 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/19

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties' submission on the valuation of carried interest, *see* ECF No. 209, raises factual issues that preclude the Court ordering an award at this time. The issue is deferred until trial, or subsequent motion, when a dollar value can be fixed and awarded. Defendants, within 21 days from the date of this order shall produce all relevant financial valuations, and shall produce for deposition, within two weeks thereafter, an officer, director, managing agent, or other person who consents to testify on their behalf, to testify on this subject. Discovery is re-opened for this subject and for experts' discovery on this subject as allowed by the Court.

The status conference scheduled for November 22, 2019, at 10:00 a.m., is hereby postponed until January 22, 2020, at 10:00 a.m.

SO ORDERED.

Dated:    November 12, 2019
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1