UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CRAIG FRANKLIN,

                        Plaintiff,

   -against-

STEPHEN WATERS, COMPASS ADVISERS
GROUP LLC, COMPASS PARTNERS
ADVISORS, LLP, COMPASS PARTNERS
INTERNATIONAL, LLP, and COMPASS
PARTNERS INTERNATIONAL II, LLP,

                        Defendants.
------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

16-cv-9819 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference scheduled for January 22, 2020, at 10:00 a.m., is hereby adjourned to January 24, 2020, at 10:00 a.m.

SO ORDERED.

Dated:    November 25, 2019
            New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19