# RASCO | KLOCK

―― ATTORNEYS ――

RASCO | KLOCK | PEREZ | NIETO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

James Halter
305.476.7100 (Main)
305.476.5141 (Direct)
305.718.0639 (Facsimile)
jhalter@rascoklock.com

January 20, 2020

*So ordered. The conference currently scheduled for January 24, 2020, is hereby adjourned to February 7, 2020, at 10:00am.*

*/s/ Alvin K. Hellerstein*
*1-21-20*

**BY ECF AND FACSIMILE / (212) 805-7942**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Craig Franklin v. Stephen Waters et al.*,
SDNY Case No. 16 Civ. 9819 (AHK)

Dear Judge Hellerstein:

On behalf of Plaintiff, we write to request an adjournment of the status conference currently scheduled for January 24, 2020 at 10:00 a.m. Plaintiff's counsel is not available because he will be actively engaged in an arbitration this entire week, including that day. While we originally expected to be able to manage the conflict, my colleague with respect to both cases (the arbitration and the above-referenced matter) was recently scheduled for eye surgery on Thursday, January 23, 2020 and, as a result, it is no longer possible to avoid the conflict.

Defendants consent to the adjournment. Should the Court wish to reschedule the conference for a Friday, Defendants are not available on January 31, 2020 but the parties are mutually available on February 7, 2020 and February 14, 2020.

The parties have not previously requested an adjournment of the conference and no future dates would need to be adjusted.

Respectfully submitted,

RASCO KLOCK PEREZ & NIETO, LLC

By: /s/ James W Halter
James Halter

cc:   Counsel of Record (by ECF)