ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy       Date: 3/24/2020
      by Order of Judge Alvin K. Hellerstein

**Craig Franklin v. Stephen Waters, et al. – 16 Civ. 9819 (AKH)**

The IPTC previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for an initial PTC.

　　　　Date : June 26 , 2020
　　　　Time: 10:00 am
　　　　Place: U.S. Courthouse - Southern District of New York
　　　　　　  500 Pearl Street
　　　　　　  Courtroom 14D
　　　　　　  New York, New York 10007

　　　　　　　　　　So Ordered,

　　　　　　　　　　_____/s/_____
　　　　　　　　　　Alvin K. Hellerstein
　　　　　　　　　　United States District Judge