UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
Craig Franklin,

                                 Plaintiff,

    -against-

Stephen Waters, et al.,

                               Defendants.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

16 Civ. 9819 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 13, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, parties are hereby ordered to appear for a Final Pretrial Conference on January 26, 2021 at 10:30 am. All papers shall be submitted by Thursday, January 2021.

       SO ORDERED.

Dated:     November 13, 2020         \_\_\_\_\_/s/ Alvin K. Hellerstein_____
             New York, New York         ALVIN K. HELLERSTEIN
                                                             United States District Judge