**Kramer Levin**

| | |
|---|---|
| Robert N. Holtzman<br>Partner<br>**T** 212.715.9513<br>**F** 212.715.8035<br>rholtzman@kramerlevin.com | 1177 Avenue of the Americas<br>New York, NY 10036<br>**T** 212.715.9100<br>**F** 212.715.8000 |

January 14, 2021

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> The extension of time is granted. The conference scheduled for January 26, 2021, is hereby adjourned to February 26, 2021, at 10:30 a.m.
>
> So ordered,
> /s/ Hon. Alvin K. Hellerstein
> Jan. 19, 2021

Re:   *Craig Franklin v. Stephen Waters, et al.*
      Civil Case No. 16 Civ. 9819 (AHK)

Dear Judge Hellerstein:

We represent defendants Compass Advisers Group LLC, Compass Partners Advisors, LLP, and Stephen Waters in the above-captioned matter. We submit this letter, with the consent of James Halter, Esq., counsel for plaintiff Craig Franklin, pursuant to Rule 1(D) of Your Honor's Individual Rules of Practice, to request on behalf of all parties (a) a 30-day extension of the time to file pretrial submissions (which would result in a new due date of February 22, 2021), including a joint pretrial order and other filings pursuant to Rule 3 of Your Honor's Individual Rules, and (b) an adjournment of the Final Pretrial Conference currently scheduled on January 26, 2021 to a date convenient for the Court approximately 30 days following the original date.

The parties make this joint request for adjournment of the aforementioned deadline and conference because the parties have made significant progress towards settlement and the parties would like to focus on attempting to resolve the remaining settlement issues. The parties will finalize the joint pretrial order promptly should they fail to do so.

Pursuant to the Court's Order dated November 13, 2020, the parties' pretrial submissions currently are due on January 21, 2021 and the Final Pretrial Conference is scheduled on January 26, 2021 at 10:30 am. This is the first request for an extension of the deadline and adjournment of the conference.

We thank the Court for its consideration.

Respectfully,

Robert N. Holtzman

cc:   Counsel of Record (by ECF and e-mail)