# Kramer Levin

Robert N. Holtzman
Partner
**T** 212.715.9513
**F** 212.715.8035
rholtzman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

February 19, 2021

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Time to file pretrial submissions is enlarged by four weeks. Conference scheduled for February 26, 2021, is hereby adjourned to March 26, 2021, at 10:00 a.m.

So ordered,
/s/ Hon. Alvin K. Hellerstein
Feb. 23, 2021

Re:  *Craig Franklin v. Stephen Waters, et al.*, Case No. 16 Civ. 9819 (AHK)

Dear Judge Hellerstein:

We represent defendants Compass Advisers Group LLC, Compass Partners Advisors, LLP, and Stephen Waters in the above-captioned matter. We submit this letter, with the consent of James Halter, Esq., counsel for plaintiff Craig Franklin, pursuant to Rule 1(D) of Your Honor's Individual Rules of Practice, to request on behalf of all parties (a) a four-week extension of the time to file pretrial submissions (which would result in a new due date of March 22, 2021), including a joint pretrial order and other filings pursuant to Rule 3 of Your Honor's Individual Rules, and (b) an adjournment of the Final Pretrial Conference currently scheduled on February 26, 2021 to a date convenient for the Court also approximately four weeks after the currently-scheduled date.

The parties make this joint request for adjournment of the aforementioned deadline and conference because, since their prior joint request for extensions of these dates, the parties have made significant progress towards settlement, have worked diligently toward memorializing the terms of the proposed resolution, and hope to achieve a final resolution shortly.

This is the second request for an extension of the deadline and adjournment of the conference. Pursuant to the Court's Order dated November 13, 2020, the parties' pretrial submissions were due on January 21, 2021 and the Final Pretrial Conference was scheduled on January 26, 2021 at 10:30 am. Following the parties' January 14, 2021 joint request for an extension of this deadline and adjournment of the Court conference, the Court ordered on January 19, 2021 that the parties' pretrial submissions would be due on February 22, 2021 and the Final Pretrial Conference would be scheduled on February 26, 2021 at 10:30 am.

We thank the Court for its consideration.

Respectfully,

Robert N. Holtzman

cc:  Counsel of Record (by ECF and e-mail)

KRAMER LEVIN NAFTALIS & FRANKEL LLP